INDIANA INDUSTRIAL LAND COMPANY ET AL. V.
NORTHERN INDIANA PUBLIC SERVICE COMPANY.

[No. 25,604. Filed January 4, 1934.]

*Malcolm Mecartney, Tinkham & Galvin, Miller, Garham, Wales
& Noxon, McInery & McInery, McAleer, Dorsey & Gillett, Lewis
B. Ewbank, James J. Kilgallon* and *Whitcomb, Ewbank & Dowden,*
for appellant.

*Crumpacker & Friedrick, John C. Lawyer* and *Cooke, Sullivan
& Ricks,* for appellee.

HUGHES, J.—This is a companion case to that of Charles B.
Shedd, Charles Cossitt Shedd, Christiana Shedd et al. v. Northern
Indiana Public Service Company, No. 25,605, decided by this court
on January 4, 1934. These cases were consolidated for the purpose
of briefing, and involve the same legal propositions. The only
difference being different land involved and different parties, and
a dispute as to who are the real owners of the land.

Upon authority of the case of *Charles B. Shedd et al. v. Northern
Indiana Public Service Company* (1934), 206 Ind. 35, 188 N. E.
322, this judgment is affirmed.

Judgment affirmed.